IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JACOB NATHANIAL SIRECI,

    Petitioner,

v.

WARDEN DESHAWN JONES,

    Respondent.

CIVIL ACTION NO.: 4:21-cv-305

## **O R D E R**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. (Doc. 11.) Petitioner Jacob Sireci ("Sireci") filed an Affidavit and Objections to the Report and Recommendation. (Docs. 13, 14.) However, nothing in Sireci's filings is responsive to the Magistrate Judge's Report recommending the Court dismiss Sireci's 28 U.S.C. § 2254 Petition based on his failure to exhaust his state remedies. (Id.) Instead, Sireci cites various statutes, (doc. 13), and attempts to argue the relative merits of his Petition, (doc. 14).

Accordingly, the Court **OVERRULES** Sireci's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Sireci's § 2254 Petition, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment, and **DENIES** Sireci *in forma pauperis* status on appeal and a Certificate of Appealability.

**SO ORDERED**, this 21st day of March, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA